CHESTER ORSINI *v.* JOHN MANSON

The plaintiff's petition for certification for appeal from the Appellate Court is dismissed for lack of jurisdiction.

*John R. Williams,* in support of the petition.

*Carl Schuman,* assistant state's attorney, in opposition.

Decided April 4, 1985

PAUL DENBY *v.* VOLOSHIN CADILLAC, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 3 Conn. App. 181, is dismissed.

*Daniel V. Presnick,* in support of the petition.

*Peter D. Clark,* in opposition.

Decided April 9, 1985

STANLEY V. TUCKER *v.* AMERICAN INSURANCE COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 3 Conn. App. 397, is dismissed.

*Stanley V. Tucker,* pro se, in support of the petition.

*Frederick D. Augenstern,* in opposition.

Decided April 18, 1985